JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYSON THOMAS WEISS,<br><br>             Petitioner,<br><br>             v.<br><br>RON BROOMFIELD, Warden,<br><br>             Respondent. | Case No. 5:22-00596 WLH (ADS)<br><br>JUDGMENT |

    Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the Petition denied with prejudice.

DATED:  September 14, 2023

                                                HON. WESLEY L. HSU<br>                                                UNITED STATES DISTRICT JUDGE